No. 10-8089. Rand Gould, Petitioner v. Linda M. Metrish, Warden.

562 U.S. 1234, 131 S. Ct. 1507, 179 L. Ed. 2d 332, 2011 U.S. LEXIS 1673.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-8090. Alvis Clinton Higgins, Petitioner v. Mike Addison, Warden.

562 U.S. 1234, 131 S. Ct. 1508, 179 L. Ed. 2d 332, 2011 U.S. LEXIS 1524.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 395 Fed. Appx. 516.

No. 10-8091. Marshall Fincher, Petitioner v. South Bend Heritage Foundation, et al.

562 U.S. 1234, 131 S. Ct. 1508, 179 L. Ed. 2d 332, 2011 U.S. LEXIS 1635.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 606 F.3d 331.

No. 10-8092. Rafael Gonzalez-Rodriguez, Petitioner v. United States.

562 U.S. 1234, 131 S. Ct. 1508, 179 L. Ed. 2d 332, 2011 U.S. LEXIS 1508.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 621 F.3d 354.

No. 10-8093. Gerardo Romero Hidalgo, Petitioner v. United States.

No. 10-8113. Juan Jose Hidalgo, Petitioner v. United States.

562 U.S. 1235, 131 S. Ct. 1508, 179 L. Ed. 2d 332, 2011 U.S. LEXIS 1586.

February 22, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same cases below, 385 Fed. Appx. 372.

No. 10-8095. Shihee Donveil Hatchett, Petitioner v. United States.

562 U.S. 1235, 131 S. Ct. 1508, 179 L. Ed. 2d 332, 2011 U.S. LEXIS 1596.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-8096. Edward Finley, Petitioner v. Craig Farwell, Warden, et al.

562 U.S. 1235, 131 S. Ct. 1508, 179 L. Ed. 2d 332, 2011 U.S. LEXIS 1527.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 396 Fed. Appx. 373.